## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

York Road Realty Co., L.P.,     :
                       Appellant   :
    :
            v.            :
    :  No. 1513 C.D. 2015
Cheltenham Township     :

## O R D E R

AND NOW, this day 26th of April, 2016, it is ORDERED that the above-captioned opinion filed March 2, 2016, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge